IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-285-Z-BR |
| JARRED MILLER, et al., | § | |
| Defendants. | § | |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**OCT 1 2 2021**
**CLERK, U.S. DISTRICT COURT**
**By_____**
**Deputy**

## MOTION REQUESTING DEFAULT JUDGEMENT

I plaintiff, KURT DUANE WILLIAMS, in the above aforementioned case # 2:20-CV-285-Z-BR am requesting a default judgement on the defendants. Pursuant rule 503.1, TEX. R. P. 503.1 (a)Default Judgement. If the defendant fails to file an answer by the date stated in rule 502.2, the judge must ensure that service was proper, and may hold a hearing for this purpose. If it is determined that service was proper, the judge must render a default judgement in the following matter. Also, see...Texas Rule of Civil Procedure 99.C

**Rule 55: Federal Rule of Civil Procedure-(A)** entering a default judgement when a party against whom a judgement or affirmation relief is sought, has failed to plea or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the parties' default. Also see...Texas Rule of Civil Procedure 535.

In Good Faith, may Justice be served,

x _Kurt W. Williams_

**UCC 1-308 ALL RIGHTS RESERVED NON-WAIVED UNDER PROTEST**

Signed before me on Oct. 12, 2021

Connie Snider

CONNIE SNIDER
My Notary ID # 3923829
Expires September 13, 2025