IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-285-Z-BR |
| JARRED MILLER, et al., | § | |
| Defendants. | § | |

## MOTION REQUESTING THE COURT TO ADOPT THE COMMN LAW DOCTRINE OF ESTOPPEL BY ACQUIESCENCE TO BE SERVE ON THE DEFENDANTS

This doctrine is applied when one party gives legal notice to a second party of a fact or claim, and the second party is said to have acquiesced to the claim, and is estopped from later challenging it, or making a counter claim. The doctrine is similar to and often applied with estoppel by laches.

In Good Faith, may Justice be served,

X_____

**UCC 1-308 ALL RIGHTS RESERVED NON-WAIVED UNDER PROTEST**