IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-285-Z-BR |
| JARRED MILLER, et al., | § | |
| Defendants. | § | |

## OBJECTION/MOTION UPON PROOF OF CLAIM DOCUMENT

I plaintiff, KURT DUANE WILLIAMS, upon proof of claim document submitted by the plaintiff on October 12, 2021, on the defendants were legal documents and self-executing. I hereby object to City of Amarillo, Amarillo Police Department, and Amarillo Towing's arguments upon proof of claim. An objection to dismiss without proof of claim, by law, is no legal defense. I plaintiff, KURT DUANE WILLIAMS, at this time request all documents and motions, namely the: doctrine of acquiescence, doctrine of proof of claim, the motion to the court requesting the court to adopt the common law doctrine of *estoppel*, the motion to the court requesting default judgement shall be adopted....SO BE IT!

State of Texas
County of Potter
On this 15 day of Oct 2021

_____
Name of Notary Public

In Good Faith, may Justice be served,

x _Kurt W. Williams_

UCC 1-308 ALL RIGHTS RESERVED NON-

WAIVED UNDER PROTEST



AMANDA WIEDL
Notary ID #131137429
My Commission Expires
May 28, 2025