IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:20-CV-285-Z-BR |
| JARRED MILLER *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

On November 18, 2021, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR") to deny as moot Defendants' Motion to Dismiss Plaintiff's original Complaint (ECF No. 29). No objections to the FCR have been filed.

After making an independent review of the pleadings, files, and records in this case, the Court **ORDERS** that the FCR of the Magistrate Judge should be and is hereby **ADOPTED**. The Motion to Dismiss Plaintiff's original Complaint (ECF No. 11) is **DENIED** as moot.

**SO ORDERED.**

December 29, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE