IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| KURT DUANE WILLIAMS, | § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-285-Z-BR |
| JARRED MILLER et al., | § § | |
| Defendants. | § § | |

### ORDER

On January 26, 2022, the United States Magistrate Judge entered a Findings, Conclusions and Recommendation ("FCR") to grant Jarred Miller and Martin Birkenfeld's Motion to Dismiss Plaintiff's Kurt Duane Williams ("Plaintiff") Amended Complaint (ECF No. 42). Plaintiff filed objections to the FCR on February 2, 2022 (ECF No. 44). After making an independent review of the pleadings, files, and records in this case, the Court **ADOPTS** the Magistrate Judge's FCR. The Court **GRANTS** Defendants Miller's and Birkenfeld's Motion to Dismiss (ECF No. 25). The Court **DENIES** Defendant Amarillo Towing, Inc.'s Motion to Dismiss (ECF No. 24) as moot for lack of subject-matter jurisdiction. Plaintiff's state-law claims against Amarillo Towing, Inc. are **DISMISSED WITHOUT PREJUDICE**. The Court **DENIES** all other pending motions as moot (ECF Nos. 12, 15, 17, 26, 34, 35, 37, 38, 41). The Court **DISMISSES** Plaintiff's Amended Complaint (ECF No. 19).

**SO ORDERED**.

March 4, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE